IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-214 |
| | ) |
| JAMES W. COLEMAN, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 1st day of December, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 13, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, December 16, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the hearing on defendant's pretrial motions, scheduled for December 4, 2009, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Amy L. Johnston,
    Assistant United States Attorney

    Gary B. Zimmerman, Esquire
    100 Ross Street
    Suite 304
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation