IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-214 |
| ) | |
| JAMES COLEMAN ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST JAMES COLEMAN

AND NOW, this 25th day of Jan_____, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of James Coleman in the following property (the "Subject Property") are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): Hi-Point Model C9, 9mm semi-automatic firearm, bearing serial no. P1336100.

2. This Order of Forfeiture Against James Coleman is made part of the criminal judgment against James Coleman and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____ J.