IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-214 |
| | ) | |
| JAMES COLEMAN | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 3rd day of May , 2010, it is hereby ORDERED,

ADJUDGED and DECREED that the Hi-Point Model C9, 9 mm semi-automatic firearm, bearing

serial no. P1336100, is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c) for disposition in accordance with federal law, free and clear of all right, title

and interest of any person or entity, including without limitation James Coleman.

_____
United States District Court